UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARDRA YOUNG,

       Plaintiff,                              No. 19-10729
                                           Honorable Nancy G. Edmunds
v.                                               Magistrate Judge David R. Grand

STACEY REAM,

       Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
DECEMBER 1, 2021 REPORT AND RECOMMENDATION [52] TO DENY
PLAINTIFF'S MOTIONS FOR RELIEF FROM JUDGMENT [44, 46]**

      Presently before the Court is the magistrate judge's December 1, 2021 Report and Recommendation. (ECF No. 52.)  The magistrate judge recommends the Court deny Plaintiff's motions for relief from judgment. (ECF No. 44, 46.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nevertheless, the Court has reviewed the record and the pleadings. The Court agrees with the magistrate judge's recommendation. Accordingly, the magistrate judge's report and recommendation is hereby ACCEPTED AND ADOPTED. Plaintiff's motions for relief from judgment are DENIED.

      SO ORDERED.

                                                            s/Nancy G. Edmunds
                                                            Nancy G. Edmunds
                                                            United States District Judge

Dated: December 20, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 20, 2021, by electronic and/or ordinary mail.

         <u>s/Lisa Bartlett</u>
         Case Manager